UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ENRICO J. CIARROCCHI, III, | : | |
| | : | |
| | : | Civil Action No. |
| Plaintiff, | : | **09-2433 (NLH)(AMD)** |
| | : | |
| v. | : | |
| | : | |
| CLEARVIEW REGIONAL HIGH | : | |
| SCHOOL DISTRICT and | : | **ORDER** |
| MANTUA TOWNSHIP SCHOOL | : | |
| DISTRICT, | : | |
| | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 25th day of June, 2010

ORDERED that defendants' motions to dismiss [29, 30] are GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that the claims of Enrico J. Ciarrocchi, III are dismissed without prejudice; and it is further

ORDERED that Mr. Ciarrocchi shall file an amended complaint, consistent with the directive in the Court's Opinion, within 20 days of this Order.  If plaintiff fails to do so, the Clerk of the Court is directed to mark this matter as CLOSED.

s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.